UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-201-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL DWAYNE WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's motion for witness travel and witness fees. (Doc. No. 73). The Government declined to respond to Plaintiff's motion.

In advance of trial, Defendant issued subpoenas to two witnesses who testified on his behalf, Shenita Wood and KeAirrica Richardson. Rule 17(b) of the Federal Rules of Criminal Procedure directs that "if the court orders a subpoena to be issued" for an indigent defendant, then "the process costs and witness fees" are to be paid by the Government. Federal statute specifically defines "witness fees" to include mileage and parking reimbursement. 28 U.S.C. § 1821(c)(2-3).

This Court permits the Federal Defenders of Western North Carolina to issue witness subpoenas "without the necessity for an individual Court Order." Administrative Order re: Issuance of Subpoenas by Federal Defenders of Western North Carolina, Misc. No. 3:09-mc-145. The Court additionally stipulates that "the Marshal shall pay the fees of the witness so subpoenaed." Id. In light of this Court's Administrative Order, it is fair to say that the subpoenas issued to Shenita Wood and KeAirrica Richardson were "ordered" by this Court for the purposes of Rule 17(b). Therefore, and pursuant to Federal Rules of Criminal Procedure 17(a) and 17(b),

the Court will order the United States Marshal Service to tender appropriate witness fees, including mileage and parking reimbursement, to Shenita Wood and KeAirrica Richardson.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion for witness travel and witness fees (Doc. No. 73) is **GRANTED**. The Court **ORDERS** the United States Marshal Service to tender appropriate witness fees, including mileage and parking reimbursement, to Defendant's subpoenaed witnesses Shenita Wood and KeAirrica Richardson.

Signed: May 29, 2024

Max O. Cogburn Jr
United States District Judge